# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

(914) 946-5900
FAX (914) 946-5906

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

April 13, 2021

**BY ECF**
Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

*Sentencing adjourned to 6/28/21 at 3:30 pm.*

SO ORDERED.

*[signature]* 4/13/21
CATHY SEIBEL, U.S.D.J.

Re: **United States v. Robert Pinsky**
    **19 Cr. 375 (CS)**

Dear Judge Seibel:

I am writing to request the Court to schedule Robert Pinsky's sentencing for June 28, 2021, at 3:30 p.m. The Court has presently scheduled a Fatico evidentiary hearing, which as discussed below will not be necessary, for May 18.

The defendant withdraws all of his previously made objections to the Presentence Report (pages 22-23) with the exception of objecting to the loss of figure (PSR, Paragraph 12). The defendant and the Government have agreed that the loss figure in this case should be more than $250,000, but less than $550,000. This would result in a total offense level two levels less than set forth in the Presentence Report.

As a result of the defendant's agreement that there is no need for an evidentiary hearing, rather than preparing for a hearing, counsel will prepare for sentencing. If sentencing is scheduled as requested above for June 28, we anticipate being able to submit a sentencing submission in a timely manner.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

*[signature]*
Kerry A. Lawrence

KAL/kvm
cc:   AUSA David Felton (by ecf)